Sadie E. Minich, Respondent, v. International Railway Company, Appellant.— Motion denied, with ten dollars costs, upon the ground that the motion is prematurely made.

Michael Caboni, Appellant, v. Fred A. Cott, Respondent.— Motion granted and appeal dismissed, with costs.

Anna Danihy and Others, Respondents, v. Minerva Stein Blumenstein and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

George Leisner, Appellant, v. Nelson T. Barrett, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Karl A. Wahl, Respondent, v. Victoria Mischler and Others, Appellants. — Appeal dismissed, unless appellants file and serve the printed papers on appeal within forty days after service of copy of this order.